Marshall, CJ, Kinkade, Robinson, Jones, Matthias and Allen, JJ, concur.

## SCHOLL v SCHOLL

Ohio Supreme Court
No 22177.   Decided Oct. 29, 1930

Kinkade, Robinson, Day and Allen, JJ, concur.